IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AUDREY MYERS               :
         Plaintiff,       :
     :
vs.               :
     :  NO. 1:17-cv-01841-JEJ
COHEN BROTHERS REALTY    :
CORPORATION OF FLORIDA, LLC  :
    and            :
DESIGN CENTER OF THE AMERICAS,  :
LLC                 :
        Defendants.    :

## STIPULATION OF DISMISSAL

Plaintiff Audrey Myers and Defendants Cohen Brothers Realty Corporation of Florida,

LLC and Design Center of the Americas, LLC hereby stipulate that this action be dismissed with

prejudice as to all claims, causes of action, and parties, with each party bearing that party's own

attorney's fees and costs.

**SACKS WESTON DIAMOND, LLC**

/s/ Jesse M. Cohen
**JESSE M. COHEN, ESQUIRE**
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
T: (215) 925-8200
jcohen@sackswestondiamond.com
*Attorney for Plaintiff*
Dated: November 6, 2018

**MARSHALL DENNEHEY WARNER
COLEMAN AND GOGGIN**

Thomas McKenzie, Esq.
2000 Market Street, Suite 2300
Philadelphia, PA 19103
T: (215) 575-3562
tjmckenzie@mdwcg.com
*Attorney for Defendants*
Dated: November 6, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AUDREY MYERS       :
    Plaintiff,     :
           :
  vs.        :
           : NO. 1:17-cv-01841-JEJ
COHEN BROTHERS REALTY  :
CORPORATION OF FLORIDA, LLC :
  and       :
DESIGN CENTER OF THE AMERICAS, :
LLC         :
    Defendants.   :

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, it is ORDERED THAT THIS ACTION BE, AND HEREBY, IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

Dated: _____   _____
                 J.
             UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AUDREY MYERS                      :
        Plaintiff,              :
                                  :
                                  :
    vs.                         :
                                  :  NO. 1:17-cv-01841-JEJ
COHEN BROTHERS REALTY             :
CORPORATION OF FLORIDA, LLC       :
    and                         :
DESIGN CENTER OF THE AMERICAS,    :
LLC                               :
        Defendants.            :

### CERTIFICATE OF SERVICE

I, Jesse M. Cohen, Esquire, do hereby certify that on November __6__, 2018, a true and correct copy of the attached Stipulation of Dismissal has been duly served upon all interested parties or their counsel via electronic filing.

Thomas McKenzie, Esq.
Marshall Dennehey Warner Coleman and Goggin
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-3562
tjmckenzie@mdwcg.com
*Attorney for Defendants*

                                    **SACKS WESTON DIAMOND, LLC**

                          BY:    */s/ Jesse M. Cohen*
                                    **JESSE M. COHEN, ESQUIRE**
                                    Attorney ID No. 93020
                                    1845 Walnut Street, Suite 1600
                                    Philadelphia, PA 19103
                                    Telephone:  (215) 925-8200
                                    Fax: (267) 639-5422
                                    jcohen@sackswestondiamond.com
                                    *Attorney for Plaintiff*